**X**   to provide defendant(s) and/or defense counsel further time to investigate and