# EXHIBIT 1

## Photographs on CDs Seized from 27 Downie Street, North Dartmouth, MA ("the LOPEZ Residence")





USAO_010036



USAO_009579



USAO_009574